UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE V. VACALA,

    Plaintiff,

v.

    CASE NO. 1:23-cv-1332

    HON. ROBERT J. JONKER

GENERAL RV CENTER, INC. and
NEXUS RV, LLC,

    Defendants.

_____/

## ORDER

On April 9, 2025, the Court issued an order setting a deadline of May 9, 2025, for submission of closing documents (ECF No. 76). The deadline has lapsed with no response and accordingly,

**IT IS ORDERED** this matter is hereby **DISMISSED** without prejudice and without costs.

Dated:  May 20, 2025            /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE